AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| United States of America </br> v. </br> NOEL PAZ-DIAZ </br></br> Defendant(s) | ) ) ) ) ) ) ) ) </br> Case No. </br> 25-188 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 6, 2025__ in the county of __Walker__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a), with possible enhancement under (b)(1) | Illegal Reentry of a Previously Deported Alien |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

DANIEL J FINN JR
Digitally signed by DANIEL J FINN JR
Date: 2025.03.13 14:10:43 -05'00'

*Complainant's signature*

Daniel J. Finn, Jr., Detention/Deportation Officer
*Printed name and title*

Telephonically sworn to before me and electronically signed on

Date: March 13, 2025

City and state: Birmingham, Alabama

Nicholas A. Danella, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Daniel J. Finn, Jr., being duly first sworn, depose and say:

1. I am a Detention and Deportation Officer with United States Immigration and Customs Enforcement ("ICE") within the United States Department of Homeland Security ("DHS"). I have served as a Detention and Deportation Officer with ICE since July 2016. As part of my duties as a Detention and Deportation Officer, I am charged with conducting investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations – Birmingham, Alabama, sub office in the New Orleans, Louisiana, area of responsibility, and part of my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry and related offenses.

2. This affidavit is made in support of a criminal complaint against NOEL PAZ-DIAZ and sets forth the probable cause that NOEL PAZ-DIAZ, a native and citizen of Guatemala, illegally re-entered the United States after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information relayed to me by other federal and state law enforcement officers in the course of their official duties. Because this

affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all information known by me or other investigators. I have set forth only those facts I believe are essential to establish the necessary foundation for the complaint and warrant.

4. On or about March 6, 2025, NOEL PAZ-DIAZ was arrested by the Jasper Police Department for Domestic Violence III near Jasper, in Walker County, Alabama, within the Northern District of Alabama. The defendant, thereafter, entered ICE custody on March 8, 2025. A fingerprint-based search of immigration and law enforcement databases revealed that NOEL PAZ-DIAZ is a native and citizen of Guatemala. These records further show that NOEL PAZ-DIAZ was originally ordered removed from the United States on May 6, 2009, pursuant to an order from an Immigration Judge. He was removed from the United States on June 4, 2009, via ICE Air out of Alexandria, Louisiana. NOEL PAZ-DIAZ was then found in Arizona on September 5, 2009. The prior deportation order was reinstated on September 5, 2009. The defendant's most recent I-205[1] shows that he was removed from the United States on September 18, 2009, via ICE Air out of Chandler, Arizona.

---

1. This I-205 form contains the authorization and pertinent statutory or regulatory authority for the individual's removal and the individual's photograph and right-index fingerprint along with information showing the date, manner, and location of the individual's removal from the United States.

5. Further, immigration records related to NOEL PAZ-DIAZ were reviewed by DHS personnel, and those records did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following his removal on or about September 18, 2009.  There is also no evidence that an application was made or approved. Had the defendant made such an application, that fact would be reflected in his immigration records.  Lastly, I have no reason to believe that NOEL PAZ-DIAZ was involuntarily found here in the Northern District of Alabama when he was arrested on or about March 8, 2025.

6. In reviewing law enforcement databases, I found that the defendant has a prior felony conviction for Illegal Possession of Alcohol, in violation of Alabama Code § 28-04-115, that likely will subject him to the enhanced penalty provisions under 18 U.S.C. § 1326(b)(1).

7. Based on the above facts, your affiant believes that there is probable cause to establish that NOEL PAZ-DIAZ has violated 8 U.S.C. § 1326(a).

**DANIEL J FINN JR** Digitally signed by DANIEL J FINN JR
Date: 2025.03.13 14:11:30 -05'00'

_____
Daniel J. Finn, Jr., Affiant
U.S. Department of Homeland Security

Sworn to telephonically and subscribed electronically this the __13__ day of March, 2025.

_____
NICHOLAS A. DANELLA
United States Magistrate Judge
Northern District of Alabama